**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
Case No. 9:16-cv-82050-DMM

CHRIS BEITLER,

       Plaintiff,

v.

CREDIT ONE BANK, N.A.,

       Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Credit One Bank, N.A., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 9, 2018

                                      Respectfully submitted,

                                      */s/ Ashley N. Rector*_____
                                      Ashley N. Rector, Esq.
                                      Florida Bar No. 0106605
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      THE SESSIONS FIRM, LLC
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, Florida 33618
                                      Telephone: (813) 440-5327
                                      Facsimile: (866) 466-3140
                                      arector@sessions.legal

dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of February 2018, a copy of the foregoing was filed electronically in the court electronic system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below.

William P. Howard, Esq.
Heather Jones, Esq.
The Consumer Protection Firm, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
billy@theconsumerprotectionfirm.com
heather@thconsumerprotectionfirm.com

*/s/ Ashley N. Rector*
Attorney